IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEGAN REICHERT, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOOVER FOODS, INC., a Georgia Corporation,<br><br>Defendant. | 1:16-cv-04575-WSD |

### **ORDER**

This matter is before the Court on the parties' Joint Preliminary Report and Discovery Plan (the "Plan") [10].  Having considered the Plan,

**IT IS HEREBY ORDERED** that the parties' Joint Preliminary Report and Discovery Plan [10] is **APPROVED**.  The time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court.

**IT IS FURTHER ORDERED** that Plaintiff shall file, on or before April 3, 2017, his motion seeking conditional certification of this case as a collective action under 29 U.S.C. § 216(b).  Defendant shall file, on or before April 24, 2017, its response to the motion.  Plaintiff may file, on or before May 5, 2017, its reply.

**SO ORDERED** this 10th day of March, 2017.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE